# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                  **Case No. 4:20-cr-00180 KGB**

**JIMMY ANDREW GILLEY**                                                  **DEFENDANT**

## AMENDMENT TO JUDGMENT AND COMMITMENT ORDER

The Judgment and Commitment Order entered in this matter on June 13, 2025 (Dkt. No. 68), is hereby amended pursuant to Federal Rule of Criminal Procedure 36 to correct a scrivener's error and to reflect the following conditions of supervised release imposed on defendant Jimmy Andrew Gilley in open court at the June 12, 2025, sentencing hearing (Dkt. No. 70, at 44), but inadvertently left off the Judgment:

1. The defendant must participate, under the guidance and supervision of the probation office, in a substance abuse treatment program, which may include drug and alcohol testing, outpatient counseling, and residential treatment. He must abstain from the use of alcohol throughout the course of treatment. He must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If he is unable to pay for the cost of treatment, the co-pay requirement will be waived.

2. The defendant must participate, under the guidance and supervision of the probation office, in a mental health treatment program. He must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If he is unable to pay for the cost of treatment, the co-pay requirement will be waived.

All other conditions set forth in the original Judgment and Commitment Order remain in full force and effect (Dkt. No. 68).

It is so ordered this 20th day of August, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge